**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-1361

IRVIN SEBREE,

                    Plaintiff - Appellant,

          v.

R. DEAN KENDERDINE, Director, Maryland State Retirement
Pension System,

                    Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson Everett Legg, Chief District Judge.
(1:07-cv-01674-BEL)

Submitted:  July 31, 2008          Decided:  September 26, 2008

Before KING, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Irvin Sebree, Appellant Pro Se.  Steven Marshall Sullivan, OFFICE
OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Irvin Sebree appeals the district court order granting the Appellee's motion to dismiss and dismissing his civil rights case. We have reviewed the record and affirm for the reasons cited by the district court. <u>Sebree v. Kenderine</u>, No. 1:07-cv-01674-BEL (D. Md. Mar. 19, 2008).[1] We affirm the district court order.[2] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[1]The record indicates the Appellee's last name is spelled "Kenderdine," which is how we have spelled the name on the caption.

[2]Sebree does not challenge the district court's dismissal without prejudice of his state law claims. Accordingly, we will not review the court's decision in this regard. <u>See</u> 4th Cir. R. 34(b).

- 2 -